# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TASHA PEETE-JEFFRIES, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHELBY COUNTY SCHOOLS BOARD ) <br> OF EDUCATION, ) <br> ) <br>    Defendant. ) | No. 2:20-cv-02836-TLP-tmp |

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Pro Se Complaint, filed on November 16, 2020.  (ECF No. 1.)  In accordance with the Order Adopting Report and Recommendation (ECF No. 23), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

September 22, 2021
Date